

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00523-CR

**IN RE** Miguel **MARTINEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Delivered and Filed: August 7, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On July 31, 2019, relator filed a petition for writ of mandamus and a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is denied as moot.

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2015-CR-4203, styled *The State of Texas v. Miguel Martinez*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable W.C. Kirkendall presiding.